IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:11CR141 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| ALYSSA COSTANZO, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Release from Detention [43] . Following a hearing in this matter and having considered the matter the court grants the defendant's motion subject to the following limitations:

IT IS ORDERED:

1. The United States Marshal shall transport the defendant to the Roman L. Hruska Courthouse on September 16, 2011 at 8:30 a.m.

2. The defendant shall then be released at or shortly before 9:00 a.m. to allow the defendant to attend funeral services for her paternal grandmother scheduled for Friday, September 16, 2011 at 10:00 a.m.

3. The defendant shall report back to the United States Marshal's office located in the Roman Hruska Courthouse, Room B06, Omaha, NE no later than 3:30 pm the **same day**, September 16, 2011.

DATED this 14th day of September, 2011.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE